1  Joe Angelo (Bar #268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, CA 95747
   916-290-7778 ph
4  916-721-2767 fax

5  Attorneys for Plaintiff
   Dorothy Bernal

6

7                    UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

9

10 DOROTHY BERNAL                    Case No.: 2:21-cv-09823-FMO-RAO

11          Plaintiff,

12     vs.                           **PLAINTIFF'S NOTICE OF VOLUNTARY
                                     DISMISSAL OF DEFENDANT CAPITAL
13 CAPITAL ONE BANK USA, N.A.        ONE BANK USA, N.A. PURSUANT TO
                                     FEDERAL RULE OF CIVIL
14          Defendant               PROCEDURE 41(A)(1)**

15

16

17 **PLEASE TAKE NOTICE** that Plaintiff Dorothy Bernal, pursuant to Federal Rule of Civil

18 Procedure 41(a)(1), hereby voluntarily dismisses Capital One Bank USA, N.A. as to all claims in

19 this action, with prejudice.

20      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

21      41(a) Voluntary Dismissal

22      (1) By the Plaintiff

23          (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

24              applicable federal statute, the plaintiff may dismiss an action without a court

25              order by filing:

26                  (1) a notice of dismissal before the opposing party serves either an answer

27                      or a motion for summary judgment.

28

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

1    Defendant Capital One Bank USA N.A. has neither answered Plaintiff's Complaint, nor

2   filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all

3   purposes and without an Order of the Court.

4

5   Dated: February 28, 2022                    Gale, Angelo, Johnson, & Pruett, P.C.

6
                                          By:    _/s/ Joe Angelo_____
7                                                     Joe Angelo
                                                Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT